B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Pinto, Nick G** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1115** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**8543 West Dralle Road<br>Frankfort, IL**<br>ZIP Code **60423** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br>■ Chapter 7<br>☐ Chapter 9   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 11        of a Foreign Main Proceeding<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13        of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,   ☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as        business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:   **Chapter 11 Debtors**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐<br>1-<br>49 | ■<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ■<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(12/11)                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Pinto, Nick G** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ John A. Reed                         October 30, 2012** |
| | Signature of Attorney for Debtor(s)              (Date) |
| | **John A. Reed** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                      Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Pinto, Nick G** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Nick G Pinto**
Signature of Debtor  **Nick G Pinto**

X  _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**October 30, 2012**
Date

### Signature of Attorney*

X  **/s/ John A. Reed**
Signature of Attorney for Debtor(s)

**John A. Reed 02299909**
Printed Name of Attorney for Debtor(s)

**John A. Reed Ltd.**
Firm Name

**63 W. Jefferson Street # 200**
**Joliet, IL 60432**

_____
Address

_____
Telephone Number

**October 30, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X  _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X  _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Nick G Pinto** _____   Case No. _____

Debtor(s)   Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Nick G Pinto**
_____
                                   **Nick G Pinto**

Date:    **October 30, 2012**
_____

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Nick G Pinto** _____,     Case No. _____

                              Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 600,000.00 | | |
| B - Personal Property | Yes | 4 | 33,344.86 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 832,651.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 3,339.24 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 635,529.85 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 9 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,771.25 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 6,878.00 |
| Total Number of Sheets of ALL Schedules | | 35 | | | |
| Total Assets | | | 633,344.86 | | |
| Total Liabilities | | | | 1,471,520.09 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Nick G Pinto**                                                    ,    Case No. _____

                                                    Debtor

Chapter                    **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 3,339.24 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 3,339.24 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 1,771.25 |
| Average Expenses (from Schedule J, Line 18) | 6,878.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 3,825.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 3,339.24 |
| 4. Total from Schedule F | | 635,529.85 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 638,869.09 |

B6A (Official Form 6A) (12/07)

.

In re   **Nick G Pinto**                                                    ,   Case No. _____
_____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Debtors Residence located at 8543 West Dralle Road, Frankfort, Illinois, held jointly with estranged spouse, Rosa A. Pinto** | **Joint tenant** | - | 250,000.00 | 478,798.00 |
| **Business Property located at 1005 Industry Road, New Lenox, Illinois, held jointly with estranged spouse, Rosa A. Pinto** | **Joint tenant** | - | 350,000.00 | 353,853.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 600,000.00 | (Total of this page) |
| Total > | 600,000.00 | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Nick G Pinto**                                                                    ,    Case No. _____
_____
                                Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Misc Cash** | - | 20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Debtors Checking Account with Harris Bank  #2589** | - | 100.00 |
| | | **Debtors Checking Account with PNC Bank** | - | 700.00 |
| | | **Harris Bank Checking Account, held jointly with estranged wife, Rosa Pinto  #7215** | - | 1.00 |
| | | **Debtors Business Checking Account with Old Plank Bank #3413** | - | 1.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Misc Goods & Furnishings jointly with estranged spouse, Rosa A. Pinto** | - | 300.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Misc Books & Pictures held jointly with estranged spouse, Rosa A. Pinto** | - | 50.00 |
| 6. Wearing apparel. | | **Misc Clothing** | - | 350.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Debtors Term Life Policy with Genworth Insurance** | - | Unknown |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >         1,522.00
(Total of this page)

__3__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Nick G Pinto**                                                        ,        Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Debtors Pension through Glaziers, Architectural Metal and Glass Workers Union #27** | - | **Unknown** |
| | | **Debtors International Painters Pension and Annunity Plan** | - | **Unknown** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Debtors interest in Pinto Glass and Mirror Inc.** | - | **0.98** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >              **0.98**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Nick G Pinto**
_____,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Chevrolet Express 3500 Cargo Van, held jointly with Pinto Glass and Mirror Inc.** | - | 2,500.00 |
| | | **2000 Chevrolet K3500 Truck, title held in name of Pinto Glass and Mirror, Inc, Nick Pinto & Rosa Pinto** | - | 1,650.00 |
| | | **2004 Yahama Warrior 350 ATV** | - | 900.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >    **5,050.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Nick G Pinto**                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | **Misc Computer & Electronic Equipment** | - | **600.00** |
| | | **Bobcat Model 743 Skidsteer** | - | **9,000.00** |
| | | **Kubota ZG23 Zero Turn Mower** | - | **3,000.00** |
| | | **Agrifab Leaf Machine** | - | **500.00** |
| | | **Husqvarna Riding Lawn Mower** | - | **500.00** |
| | | **2004 Yamaha Raptor 660 ATV** | - | **2,800.00** |
| | | **2004 Yamaha Warrior 350 ATV** | - | **1,800.00** |
| | | **Arcade Machines** | - | **1,500.00** |
| | | **Misc Hand Tools** | - | **3,000.00** |
| | | **Proceeds from Cancelled American Family Life Insurance Policy** | - | **4,071.88** |

Sub-Total >    **26,771.88**
(Total of this page)
Total >    **33,344.86**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re    **Nick G Pinto**                                                          ,    Case No. _____
                                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☐ 11 U.S.C. §522(b)(2)
- ■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Debtors Residence located at 8543 West Dralle Road, Frankfort, Illinois, held jointly with estranged spouse, Rosa A. Pinto | 735 ILCS 5/12-901 | 15,000.00 | 500,000.00 |
| **Cash on Hand** | | | |
| Misc Cash | 735 ILCS 5/12-1001(b) | 20.00 | 20.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Debtors Checking Account with Harris Bank #2589 | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| Debtors Checking Account with PNC Bank | 735 ILCS 5/12-1001(b) | 700.00 | 700.00 |
| Harris Bank Checking Account, held jointly with estranged wife, Rosa Pinto  #7215 | 735 ILCS 5/12-1001(b) | 1.00 | 1.00 |
| Debtors Business Checking Account with Old Plank Bank #3413 | 735 ILCS 5/12-1001(b) | 1.00 | 1.00 |
| **Household Goods and Furnishings** | | | |
| Misc Goods & Furnishings jointly with estranged spouse, Rosa A. Pinto | 735 ILCS 5/12-1001(b) | 300.00 | 600.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Misc Books & Pictures held jointly with estranged spouse, Rosa A. Pinto | 735 ILCS 5/12-1001(a) | 50.00 | 100.00 |
| **Wearing Apparel** | | | |
| Misc Clothing | 735 ILCS 5/12-1001(a) | 350.00 | 350.00 |
| **Interests in Insurance Policies** | | | |
| Debtors Term Life Policy with Genworth Insurance | 215 ILCS 5/238 | 100% | Unknown |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Debtors Pension through Glaziers, Architectural Metal and Glass Workers Union #27 | 735 ILCS 5/12-1006 | 100% | Unknown |
| Debtors International Painters Pension and Annunity Plan | 735 ILCS 5/12-1006 | 100% | Unknown |
| **Stock and Interests in Businesses** | | | |
| Debtors interest in Pinto Glass and Mirror Inc. | 735 ILCS 5/12-1001(b) | 0.98 | 2.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2000 Chevrolet K3500 Truck, title held in name of Pinto Glass and Mirror, Inc, Nick Pinto & Rosa Pinto | 735 ILCS 5/12-1001(c) | 2,400.00 | 5,000.00 |

___1___  continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re   **Nick G Pinto**
_____,     Case No. _____
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Misc Computer & Electronic Equipment** | **735 ILCS 5/12-1001(b)** | **600.00** | **600.00** |
| **Arcade Machines** | **735 ILCS 5/12-1001(b)** | **777.02** | **1,500.00** |
| **Misc Hand Tools** | **735 ILCS 5/12-1001(d)** | **1,500.00** | **3,000.00** |
| | **735 ILCS 5/12-1001(b)** | **1,500.00** | |

|  | Total: | **23,300.00** | **511,974.00** |
|---|---|---|---|

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re   **Nick G Pinto**                                                            ,          Case No. _____
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xx xxx 1393 | | | | Opened  5/31/07 | | | | | |
| Creditor #: 1 Bank of America Mortgage 450 American Street Simi Valley, CA 93065 | X | - | | First Mortgage<br><br>Debtors Residence located at 8543 West Dralle Road, Frankfort, Illinois, held jointly with estranged spouse, Rosa A. Pinto | | | | | |
| | | | | Value $           500,000.00 | | | | 385,380.00 | 0.00 |
| Account No. xxxx xxxx 2877 | | | | Opened  8/02/06 | | | | | |
| Creditor #: 2 Chase Po Box 901039 Fort Worth, TX 76101 | X | - | | Second Mortgage<br><br>Debtors Residence located at 8543 West Dralle Road, Frankfort, Illinois, held jointly with estranged spouse, Rosa A. Pinto | | | | | |
| | | | | Value $           500,000.00 | | | | 93,418.00 | 0.00 |
| Account No. xxx xxx xxxx xxxx 1208 | | | | Opened 12/05/08 | | | | | |
| Creditor #: 3 State Bank of Countryside 6734 Joliet Rd Countryside, IL 60525 | X | - | | Business Line of Credit<br><br>Business Property located at 1005 Industry Road, New Lenox, Illinois, held jointly with estranged spouse, Rosa A. Pinto -- Lawsuit 12 CH 4609 | | | | | |
| | | | | Value $           700,000.00 | | | | 353,853.00 | 0.00 |
| Account No. | | | | | | | | | |
| Christina Brotto/Michael Korst 32 S Adams Street Hinsdale, IL 60521 | | | | Representing: State Bank of Countryside | | | | Notice Only | |
| | | | | Value $ | | | | | |

___0___  continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 832,651.00 | 0.00 |
| Total (Report on Summary of Schedules) | 832,651.00 | 0.00 |

B6E (Official Form 6E) (4/10)

In re __**Nick G Pinto**_____,                    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    *\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Nick G Pinto**                                          , Case No. _____
                                     Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx 9706** | | | **2012** | | | | | | |
| Creditor #: 1 Ill Dept of Employment Security 33 S State Street Chicago, IL 60603 | X | - | **Employer's Contribution** | | | | | 544.32 | |
| | | | | | | | 544.32 | | 0.00 |
| Account No. **xx-xxx 6587** | | | **2012** | | | | | | |
| Creditor #: 2 Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664 | X | - | **Employer's Illinois Withholding Tax** | | | | | 1,064.80 | |
| | | | | | | | 1,064.80 | | 0.00 |
| Account No. **xxxx 7806** | | | **2012** | | | | | | |
| Creditor #: 3 Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664 | X | - | **Sales & Use Tax** | | | | | 902.00 | |
| | | | | | | | 902.00 | | 0.00 |
| Account No. **xx-xxx6587** | | | **2012** | | | | | | |
| Creditor #: 4 Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | X | - | **Employer's Quarterly Federal Tax** | | | | | 828.12 | |
| | | | | | | | 828.12 | | 0.00 |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 3,339.24 | |
|---|---|---|---|
| | | 3,339.24 | 0.00 |
| | Total | 3,339.24 | |
| | (Report on Summary of Schedules) | 3,339.24 | 0.00 |

B6F (Official Form 6F) (12/07)

In re __Nick G Pinto_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 1**<br>**ABF**<br>**1900 East Lincoln Highway**<br>**Chicago Heights, IL 60411** | X | - | Misc Charges | | | | 195.13 |
| Account No.<br>**Creditor #: 2**<br>**ADT Security**<br>**PO Box 371956**<br>**Pittsburgh, PA 15250** | | - | 2012<br>Misc Charges | | | | 100.00 |
| Account No.<br>**Creditor #: 3**<br>**Altrans**<br>**13957 West Illinois Highway #2**<br>**New Lenox, IL 60451** | X | - | Misc Charges | | | | 72.00 |
| Account No. **xxx xxx xxxx 5060**<br>**Creditor #: 4**<br>**AT&T**<br>**PO Box 5080**<br>**Carol Stream, IL 60197** | X | - | 2012<br>Misc Charges | | | | 830.10 |

___11__  continuation sheets attached

Subtotal
(Total of this page)                    1,197.23

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    S/N:34734-121017    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re     **Nick G Pinto**                                                    , Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **2169** | | | | | 2010 Misc Charges | | | | |
| **Creditor #: 5 AT&T PO Box 8100 Aurora, IL 60507-8100** | X | - | | | | | | | |
| | | | | | | | | | 670.00 |
| Account No. | | | | | Misc Tools | | | | |
| **Creditor #: 6 Bid Tool PO Box 981097 Boston, MA 02298** | X | - | | | | | | | |
| | | | | | | | | | 847.00 |
| Account No. | | | | | 2012 Misc Charges | | | | |
| **Creditor #: 7 BMO Harris N.A. 3800 W Golf Road # 300 Attn: Bankruptcy Dept Rolling Meadows, IL 60008** | X | - | | | | | | | |
| | | | | | | | | | 2,000.00 |
| Account No. | | | | | Misc Charges | | | | |
| **Creditor #: 8 C&C Communications 9910 West 190th Street Mokena, IL 60448** | X | - | | | | | | | |
| | | | | | | | | | 1,100.00 |
| Account No. **xxxx xxxx xxxx 7465** | | | | | Opened  9/06/07 Credit Card | | | | |
| **Creditor #: 9 Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285** | X | - | | | | | | | |
| | | | | | | | | | 15,759.00 |

Sheet no. __1__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          20,376.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nick G Pinto**                                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xxxx 7229** | | | Opened  7/15/08 Credit Card | | | | |
| Creditor #: 10 Chase P.O. Box 15298 Wilmington, DE 19850-5298 | X | - | | | | | |
| | | | | | | | 12,985.00 |
| Account No. **xxxx xxxx xxxx 4441** | | | Opened  7/01/98 Credit Card | | | | |
| Creditor #: 11 Chase Mastercard PO Box 15298 Wilmington, DE 19850-5298 | | - | | | | | |
| | | | | | | | 25,658.00 |
| Account No. **xxxx xxxx xxxx 6144** | | | Opened 12/01/04 Credit Card | | | | |
| Creditor #: 12 Chase Mastercard P. O. Box 15298 Wilmington, DE 19850-5298 | | - | | | | | |
| | | | | | | | 20,197.00 |
| Account No. **xxxx 9079** | | | 2012 Misc Charges | | | | |
| Creditor #: 13 Com Ed CCC c/o Revenue Mgmt - Bankruptcy Grp P.O. Box 87522 Chicago, IL 60680 | X | - | | | | | |
| | | | | | | | 330.43 |
| Account No. | | | Misc Charges | | | | |
| Creditor #: 14 CR Laurence PO Box 58923 Los Angeles, CA 90058 | X | - | | | | | |
| | | | | | | | 6,497.00 |

Sheet no. __2__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    65,667.43

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nick G Pinto**                                    , Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Misc Charges | | | | |
| Creditor #: 15 Custom Glass Products 7515 Venture Circle Schofield, WI 54476 | X | - | | | | | | 2,125.00 |
| Account No. | | | | Misc Charges | | | | |
| Creditor #: 16 Dex One Attn: Client Care 1615 Bluff City Highway Bristol, TN 37620 | X | - | | | | | | 68.00 |
| Account No. | | | | Misc Charges | | | | |
| Creditor #: 17 Dish Network PO Box 79 Elgin, IL 60121 | X | - | | | | | | 36.38 |
| Account No. | | | | Misc Charges | | | | |
| Creditor #: 18 Dorma PO Box 347404 Pittsburgh, PA 15251 | X | - | | | | | | 3,656.00 |
| Account No. | | | | Misc Charges | | | | |
| Creditor #: 19 Dryco 540 Janes Avenue Downers Grove, IL 60515 | X | - | | | | | | 100.00 |

| Sheet no. __3__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 5,985.38 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Nick G Pinto**                                              ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Misc Charges | | | | |
| Creditor #: 20 Elfco 9860 Clearvue Court Mokena, IL 60448 | X | - | | | | | 145.00 |
| Account No. | | | Misc Charges | | | | |
| Creditor #: 21 Gardner Glass PO Box 60356 Charlotte, NC 28260 | X | - | | | | | 2,198.00 |
| Account No. | | | Misc Charges | | | | |
| Creditor #: 22 Glasssource 1845 Industrial Park Drive Grand Haven, MI 49417 | X | - | | | | | 1,879.00 |
| Account No. | | | 2009 - 2011 Pension Contributions - Lawsuit filed 12 C 905 | | | | |
| Creditor #: 23 Glazier's Union #27 Welfare & Pens. 2111 West Lincoln Highway Merrillville, IN 46410 | X | - | | | | | 17,638.81 |
| Account No. | | | Representing: Glazier's Union #27 Welfare & Pens. | | | | |
| Arnold & Kadjan 203 N LaSalle Street # 1650 Chicago, IL 60601 | | | | | | | Notice Only |

Sheet no. __4__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,860.81

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nick G Pinto** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Employer's Health Insurance Payments | | | | |
| Creditor #: 24 Glaziers Union Local #27 Health and Welfare Fund 2111 West Lincoln Highway Merrillville, IN 46410 | X | - | | | | | | 36,000.00 |
| Account No. 9786 | | | | 2008 Credit Card | | | | |
| Creditor #: 25 Home Depot Credit Services P.O. Box 790328 Saint Louis, MO 63179 | X | - | | | | | | 1,850.00 |
| Account No. | | | | 2011 Misc Charges | | | | |
| Creditor #: 26 ICS PO Box 646 Oak Lawn, IL 60454 | X | - | | | | | | 15.26 |
| Account No. | | | | Misc Charges | | | | |
| Creditor #: 27 Illini Hireach 15 N 320 Route 25 Dundee, IL 60118 | X | - | | | | | | 2,906.00 |
| Account No. 3287 | | | | 2007 Misc Charges | | | | |
| Creditor #: 28 Knight Security Alarms Inc 113 Ford Drive PO Box 333 New Lenox, IL 60451 | X | - | | | | | | 97.80 |

Sheet no. __5__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          40,869.06

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nick G Pinto**
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2008**<br>**Creditor #: 29**<br>**Lowes**<br>**PO Box 530970**<br>**Atlanta, GA 30353-0970** | X | - | 1519<br>**Credit Card** | | | | 904.40 |
| Account No.<br>**Creditor #: 30**<br>**Midwest Automatic**<br>**9114 Virginia Road**<br>**Suite #107**<br>**Lake in the Hills, IL 60156** | X | - | **Misc Charges** | | | | 1,829.00 |
| Account No. **1303**<br>**Creditor #: 31**<br>**Nicor Gas**<br>**P.O. Box 549**<br>**Aurora, IL 60507** | X | - | 2008<br>**Misc Charges** | | | | 25.05 |
| Account No. **xxx PIN1**<br>**Creditor #: 32**<br>**Old Castle Building Envelope**<br>**4635 West 84th Street**<br>**Indianapolis, IN 46268** | X | - | 2012<br>**Misc Charges** | | | | 3,162.63 |
| Account No. **x630-3**<br>**Creditor #: 33**<br>**Old Plank Trail Community Bank**<br>**280 Veterans Parkway**<br>**New Lenox, IL 60451** | X | - | 5/2011<br>**Commercial Line of Credit - Lawsuit filed 12 L 624** | | | | 304,591.66 |

Sheet no. __6__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

310,512.74

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nick G Pinto**                                                                    ,            Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Fred R. Harbecke** <br> **29 S LaSalle Street # 945** <br> **Chicago, IL 60603** | | | **Representing:** <br> **Old Plank Trail Community Bank** | | | | **Notice Only** |
| Account No. <br><br> **Kenneth J Donkel** <br> **7220 West 194th Street** <br> **Suite # 105** <br> **Tinley Park, IL 60487** | | | **Representing:** <br> **Old Plank Trail Community Bank** | | | | **Notice Only** |
| Account No. **xx xxxx 3413** <br> **Creditor #: 34** <br> **Old Plank Trail Community Bank** <br> **280 Veterans Parkway** <br> **New Lenox, IL 60451** | X | - | **2012** <br> **Overdraft Account** | | | | **36,872.08** |
| Account No. **6303** <br> **Creditor #: 35** <br> **Old Plank Trail Community Bank** <br> **280 Veterans Parkway** <br> **New Lenox, IL 60451** | X | - | **2008** <br> **2000 Chevrolet K3500 (titled in name of Pinto Glass & Mirror Co Inc)** | | | | **5,000.00** |
| Account No. <br> **Creditor #: 36** <br> **Old Plank Trail Community Bank** <br> **280 Veterans Parkway** <br> **New Lenox, IL 60451** | X | - | **2008** <br> **2002 Chevrolet Express G3 Cargo Van (titled in name of Pinto Glass & Mirror Co Inc.)** | | | | **5,000.00** |

Sheet no. __**7**___ of __**11**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**46,872.08**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nick G Pinto**                                             ,          Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | Misc Charges | | | | |
| Creditor #: 37 Oldcastle BE Bensenville 1001 Foster Avenue Bensenville, IL 60106 | X | - | | | | | | | 3,940.00 |
| Account No. | | | | | Misc Charges | | | | |
| Creditor #: 38 Oldcastle BE Chicago 4161 South Michigan Avenue Chicago, IL 60609 | X | - | | | | | | | 5,412.00 |
| Account No. **xxx PIN1** | | | | | 2012 Misc Charges | | | | |
| Creditor #: 39 Oldcastle BE Indy 4635 West 84th Street Indianapolis, IN 46268 | X | - | | | | | | | 3,162.63 |
| Account No. | | | | | Misc Charges | | | | |
| Creditor #: 40 Onglass PO Box 602656 Charlotte, NC 28260 | X | - | | | | | | | 1,989.00 |
| Account No. | | | | | Contingent creditor re: debt | | | | |
| Creditor #: 41 Rosa A. Pinto 8543 West Dralle Road Frankfort, IL 60423 | | - | | | | X | X | X | 1.00 |

Sheet no. __8__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **14,504.63**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nick G Pinto**                                                                        ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2012 Business Loan | | | | |
| Creditor #: 42 Roseann Pinto 7775 Bristol Park Drive Tinley Park, IL 60477 | X | - | | | | | 15,000.00 |
| Account No. | | | Misc Charges | | | | |
| Creditor #: 43 S&S Panel 647 Thomas Drive Bensenville, IL 60106 | X | - | | | | | 1,297.00 |
| Account No. | | | 2009 Business Loan | | | | |
| Creditor #: 44 Sam & Joan Romano 9230 Earls Court Tinley Park, IL 60477 | X | - | | | | | 15,000.00 |
| Account No. | | | Misc Charges | | | | |
| Creditor #: 45 Sealant Engineering 239 James Street Bensenville, IL 60106 | X | - | | | | | 204.00 |
| Account No. | | | Misc Charges | | | | |
| Creditor #: 46 Serf & Associates 9425 Gulfstream Road Frankfort, IL 60423 | X | - | | | | | 4,821.00 |

Sheet no. __9__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    36,322.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nick G Pinto**                                                          ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **2257** <br><br> **Creditor #: 47** <br> **Southwest Rapid Rewards** <br> **PO Box 15153** <br> **Wilmington, DE 19886** | X | - | | | **2008** <br> **Credit Card** | | | | 16,390.00 |
| Account No. **7351** <br><br> **Creditor #: 48** <br> **Speedway LLC** <br> **PO Box 15890** <br> **Springfield, OH 45501** | X | - | | | **2008** <br> **Credit Card** | | | | 4,488.50 |
| Account No. <br><br> **Creditor #: 49** <br> **Teejay Services** <br> **PO Box 369** <br> **Batavia, IL 60510** | X | - | | | **Misc Charges** | | | | 9,657.00 |
| Account No. **1609** <br><br> **Creditor #: 50** <br> **United Mileage Plus** <br> **PO Box 15153** <br> **Wilmington, DE 19886** | X | - | | | **2009** <br> **Credit Card** | | | | 31,000.00 |
| Account No. <br><br> **Creditor #: 51** <br> **UPS** <br> **PO Box 7247** <br> **Philadelphia, PA 19170** | X | - | | | **Misc Charges** | | | | 35.00 |

Sheet no. __10__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

61,570.50

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nick G Pinto**                                                                                        ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Creditor #: 52** <br> **Vetrotech** <br> **2108 B Street NW** <br> **Auburn, WA 98001** | X | - | **Misc Charges** | | | | 1,732.00 |
| Account No. **xx 0624** <br> **Creditor #: 53** <br> **YKK AP America Inc.** <br> **270 Riverside Parkway** <br> **Suite A** <br> **Austell, GA 30168** | X | - | **2012** <br> **Misc Charges** | | | | 8,059.99 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __11__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 9,791.99 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 635,529.85 |

B6G (Official Form 6G) (12/07)

In re   **Nick G Pinto**_____,   Case No. _____
                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Frontier Construction**<br>**7615 Plaza Court**<br>**Willowbrook, IL 60527** | **Debtor was a Sub-Contractor**<br>**Debtor rejects executory contract in its entirety** |
| **John A Reed**<br>**63 W Jefferson St**<br>**Joliet, IL 60435** | **Executory contract for post-petition attorneys**<br>**fees in the approximate amount of $341.00 Debtor**<br>**hereby assumes said contract.** |
| **RWS Inc.**<br>**3900 West 159th Place**<br>**Markham, IL 60428** | **Debtor was a Sub-Contractor**<br>**Debtor rejects executory contract in its entirety** |
| **Turner Construction Company**<br>**55 East Monroe Street**<br>**Suite #3100**<br>**Chicago, IL 60603** | **Debtor was a Sub-Contractor**<br>**Debtor rejects executory contract in its entirety** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **Nick G Pinto**                                                      ,      Case No. _____

                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **AT&T**<br>**PO Box 5080**<br>**Carol Stream, IL 60197** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Bid Tool**<br>**PO Box 981097**<br>**Boston, MA 02298** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **ABF**<br>**1900 East Lincoln Highway**<br>**Chicago Heights, IL 60411** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Altrans**<br>**13957 West Illinois Highway #2**<br>**New Lenox, IL 60451** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **AT&T**<br>**PO Box 8100**<br>**Aurora, IL 60507-8100** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **C&C Communications**<br>**9910 West 190th Street**<br>**Mokena, IL 60448** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Capital One**<br>**P.O. Box 30285**<br>**Salt Lake City, UT 84130-0285** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **CR Laurence**<br>**PO Box 58923**<br>**Los Angeles, CA 90058** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Glazier's Union #27 Welfare & Pens.**<br>**2111 West Lincoln Highway**<br>**Merrillville, IN 46410** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Glaziers Union Local #27**<br>**Health and Welfare Fund**<br>**2111 West Lincoln Highway**<br>**Merrillville, IN 46410** |

**8**
\_\_\_\_ continuation sheets attached to Schedule of Codebtors

In re    **Nick G Pinto**                                                    ,    Case No. _____
                          Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Ill Dept of Employment Security**<br>**33 S State Street**<br>**Chicago, IL 60603** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Illinois Department of Revenue**<br>**Bankruptcy Section**<br>**P.O. Box 64338**<br>**Chicago, IL 60664** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Illinois Department of Revenue**<br>**Bankruptcy Section**<br>**P.O. Box 64338**<br>**Chicago, IL 60664** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Old Castle Building Envelope**<br>**4635 West 84th Street**<br>**Indianapolis, IN 46268** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Old Plank Trail Community Bank**<br>**280 Veterans Parkway**<br>**New Lenox, IL 60451** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Old Plank Trail Community Bank**<br>**280 Veterans Parkway**<br>**New Lenox, IL 60451** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Old Plank Trail Community Bank**<br>**280 Veterans Parkway**<br>**New Lenox, IL 60451** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Old Plank Trail Community Bank**<br>**280 Veterans Parkway**<br>**New Lenox, IL 60451** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Roseann Pinto**<br>**7775 Bristol Park Drive**<br>**Tinley Park, IL 60477** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **YKK AP America Inc.**<br>**270 Riverside Parkway**<br>**Suite A**<br>**Austell, GA 30168** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Custom Glass Products**<br>**7515 Venture Circle**<br>**Schofield, WI 54476** |

Sheet   __1__   of   __8__   continuation sheets attached to the Schedule of Codebtors

In re      **Nick G Pinto**                                                    ,      Case No. _____
_____
                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Dex One**<br>**Attn: Client Care**<br>**1615 Bluff City Highway**<br>**Bristol, TN 37620** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Dish Network**<br>**PO Box 79**<br>**Elgin, IL 60121** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Dorma**<br>**PO Box 347404**<br>**Pittsburgh, PA 15251** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Dryco**<br>**540 Janes Avenue**<br>**Downers Grove, IL 60515** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Elfco**<br>**9860 Clearvue Court**<br>**Mokena, IL 60448** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Gardner Glass**<br>**PO Box 60356**<br>**Charlotte, NC 28260** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Glasssource**<br>**1845 Industrial Park Drive**<br>**Grand Haven, MI 49417** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **ICS**<br>**PO Box 646**<br>**Oak Lawn, IL 60454** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Illini Hireach**<br>**15 N 320 Route 25**<br>**Dundee, IL 60118** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Knight Security Alarms Inc**<br>**113 Ford Drive**<br>**PO Box 333**<br>**New Lenox, IL 60451** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Lowes**<br>**PO Box 530970**<br>**Atlanta, GA 30353-0970** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Midwest Automatic**<br>**9114 Virginia Road**<br>**Suite #107**<br>**Lake in the Hills, IL 60156** |

Sheet   **2**   of   **8**   continuation sheets attached to the Schedule of Codebtors

In re   **Nick G Pinto**
_____,   Case No. _____
                                Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Nicor Gas**<br>**P.O. Box 549**<br>**Aurora, IL 60507** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Oldcastle BE Bensenville**<br>**1001 Foster Avenue**<br>**Bensenville, IL 60106** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Oldcastle BE Chicago**<br>**4161 South Michigan Avenue**<br>**Chicago, IL 60609** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Oldcastle BE Indy**<br>**4635 West 84th Street**<br>**Indianapolis, IN 46268** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Onglass**<br>**PO Box 602656**<br>**Charlotte, NC 28260** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **S&S Panel**<br>**647 Thomas Drive**<br>**Bensenville, IL 60106** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Sam & Joan Romano**<br>**9230 Earls Court**<br>**Tinley Park, IL 60477** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Sealant Engineering**<br>**239 James Street**<br>**Bensenville, IL 60106** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Serf & Associates**<br>**9425 Gulfstream Road**<br>**Frankfort, IL 60423** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Southwest Rapid Rewards**<br>**PO Box 15153**<br>**Wilmington, DE 19886** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Speedway LLC**<br>**PO Box 15890**<br>**Springfield, OH 45501** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Teejay Services**<br>**PO Box 369**<br>**Batavia, IL 60510** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Home Depot Credit Services**<br>**P.O. Box 790328**<br>**Saint Louis, MO 63179** |

Sheet   **3**   of   **8**   continuation sheets attached to the Schedule of Codebtors

In re  **Nick G Pinto**                                                    ,    Case No. _____
                                   Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **United Mileage Plus**<br>**PO Box 15153**<br>**Wilmington, DE 19886** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **UPS**<br>**PO Box 7247**<br>**Philadelphia, PA 19170** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **Vetrotech**<br>**2108 B Street NW**<br>**Auburn, WA 98001** |
| **Pinto Glass and Mirror Company, Inc**<br>**1005 Industry Road**<br>**New Lenox, IL 60451** | **BMO Harris N.A.**<br>**3800 W Golf Road # 300**<br>**Attn: Bankruptcy Dept**<br>**Rolling Meadows, IL 60008** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **Bank of America Mortgage**<br>**450 American Street**<br>**Simi Valley, CA 93065** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **Chase**<br>**Po Box 901039**<br>**Fort Worth, TX 76101** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **State Bank of Countryside**<br>**6734 Joliet Rd**<br>**Countryside, IL 60525** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **Old Plank Trail Community Bank**<br>**280 Veterans Parkway**<br>**New Lenox, IL 60451** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **Old Plank Trail Community Bank**<br>**280 Veterans Parkway**<br>**New Lenox, IL 60451** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **AT&T**<br>**PO Box 5080**<br>**Carol Stream, IL 60197** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **Com Ed CCC**<br>**c/o Revenue Mgmt - Bankruptcy Grp**<br>**P.O. Box 87522**<br>**Chicago, IL 60680** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **Ill Dept of Employment Security**<br>**33 S State Street**<br>**Chicago, IL 60603** |

Sheet __4__ of __8__ continuation sheets attached to the Schedule of Codebtors

In re   **Nick G Pinto** _____ ,   Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **Illinois Department of Revenue**<br>**Bankruptcy Section**<br>**P.O. Box 64338**<br>**Chicago, IL 60664** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **Illinois Department of Revenue**<br>**Bankruptcy Section**<br>**P.O. Box 64338**<br>**Chicago, IL 60664** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **YKK AP America Inc.**<br>**270 Riverside Parkway**<br>**Suite A**<br>**Austell, GA 30168** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **Old Castle Building Envelope**<br>**4635 West 84th Street**<br>**Indianapolis, IN 46268** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **Old Plank Trail Community Bank**<br>**280 Veterans Parkway**<br>**New Lenox, IL 60451** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **Old Plank Trail Community Bank**<br>**280 Veterans Parkway**<br>**New Lenox, IL 60451** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **Bid Tool**<br>**PO Box 981097**<br>**Boston, MA 02298** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **ABF**<br>**1900 East Lincoln Highway**<br>**Chicago Heights, IL 60411** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **Altrans**<br>**13957 West Illinois Highway #2**<br>**New Lenox, IL 60451** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **AT&T**<br>**PO Box 8100**<br>**Aurora, IL 60507-8100** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **C&C Communications**<br>**9910 West 190th Street**<br>**Mokena, IL 60448** |

Sheet __5__ of __8__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                     Best Case Bankruptcy

In re   **Nick G Pinto**                                                                    Case No. _____
_____ ,
                              Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **Capital One**<br>**P.O. Box 30285**<br>**Salt Lake City, UT 84130-0285** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **CR Laurence**<br>**PO Box 58923**<br>**Los Angeles, CA 90058** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **Glazier's Union #27 Welfare & Pens.**<br>**2111 West Lincoln Highway**<br>**Merrillville, IN 46410** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **Glaziers Union Local #27**<br>**Health and Welfare Fund**<br>**2111 West Lincoln Highway**<br>**Merrillville, IN 46410** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **Roseann Pinto**<br>**7775 Bristol Park Drive**<br>**Tinley Park, IL 60477** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **Custom Glass Products**<br>**7515 Venture Circle**<br>**Schofield, WI 54476** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **Dex One**<br>**Attn: Client Care**<br>**1615 Bluff City Highway**<br>**Bristol, TN 37620** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **Dish Network**<br>**PO Box 79**<br>**Elgin, IL 60121** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **Dorma**<br>**PO Box 347404**<br>**Pittsburgh, PA 15251** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **Dryco**<br>**540 Janes Avenue**<br>**Downers Grove, IL 60515** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **Elfco**<br>**9860 Clearvue Court**<br>**Mokena, IL 60448** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **Gardner Glass**<br>**PO Box 60356**<br>**Charlotte, NC 28260** |

Sheet __**6**__ of __**8**__  continuation sheets attached to the Schedule of Codebtors

In re   **Nick G Pinto**
_____,   Case No. _____
Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **Glasssource**<br>**1845 Industrial Park Drive**<br>**Grand Haven, MI 49417** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **ICS**<br>**PO Box 646**<br>**Oak Lawn, IL 60454** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **Illini Hireach**<br>**15 N 320 Route 25**<br>**Dundee, IL 60118** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **Knight Security Alarms Inc**<br>**113 Ford Drive**<br>**PO Box 333**<br>**New Lenox, IL 60451** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **Lowes**<br>**PO Box 530970**<br>**Atlanta, GA 30353-0970** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **Midwest Automatic**<br>**9114 Virginia Road**<br>**Suite #107**<br>**Lake in the Hills, IL 60156** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **Nicor Gas**<br>**P.O. Box 549**<br>**Aurora, IL 60507** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **Oldcastle BE Bensenville**<br>**1001 Foster Avenue**<br>**Bensenville, IL 60106** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **Oldcastle BE Chicago**<br>**4161 South Michigan Avenue**<br>**Chicago, IL 60609** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **Oldcastle BE Indy**<br>**4635 West 84th Street**<br>**Indianapolis, IN 46268** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **Onglass**<br>**PO Box 602656**<br>**Charlotte, NC 28260** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **S&S Panel**<br>**647 Thomas Drive**<br>**Bensenville, IL 60106** |
| **Rosa A. Pinto**<br>**8543 West Dralle Road**<br>**Frankfort, IL 60423** | **Sam & Joan Romano**<br>**9230 Earls Court**<br>**Tinley Park, IL 60477** |

Sheet __7__ of __8__ continuation sheets attached to the Schedule of Codebtors

In re    **Nick G Pinto**                                                                 ,        Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Rosa A. Pinto<br>8543 West Dralle Road<br>Frankfort, IL 60423 | Sealant Engineering<br>239 James Street<br>Bensenville, IL 60106 |
| Rosa A. Pinto<br>8543 West Dralle Road<br>Frankfort, IL 60423 | Serf & Associates<br>9425 Gulfstream Road<br>Frankfort, IL 60423 |
| Rosa A. Pinto<br>8543 West Dralle Road<br>Frankfort, IL 60423 | Southwest Rapid Rewards<br>PO Box 15153<br>Wilmington, DE 19886 |
| Rosa A. Pinto<br>8543 West Dralle Road<br>Frankfort, IL 60423 | Speedway LLC<br>PO Box 15890<br>Springfield, OH 45501 |
| Rosa A. Pinto<br>8543 West Dralle Road<br>Frankfort, IL 60423 | Teejay Services<br>PO Box 369<br>Batavia, IL 60510 |
| Rosa A. Pinto<br>8543 West Dralle Road<br>Frankfort, IL 60423 | Home Depot Credit Services<br>P.O. Box 790328<br>Saint Louis, MO 63179 |
| Rosa A. Pinto<br>8543 West Dralle Road<br>Frankfort, IL 60423 | United Mileage Plus<br>PO Box 15153<br>Wilmington, DE 19886 |
| Rosa A. Pinto<br>8543 West Dralle Road<br>Frankfort, IL 60423 | UPS<br>PO Box 7247<br>Philadelphia, PA 19170 |
| Rosa A. Pinto<br>8543 West Dralle Road<br>Frankfort, IL 60423 | Vetrotech<br>2108 B Street NW<br>Auburn, WA 98001 |
| Rosa A. Pinto<br>8543 West Dralle Road<br>Frankfort, IL 60423 | BMO Harris N.A.<br>3800 W Golf Road # 300<br>Attn: Bankruptcy Dept<br>Rolling Meadows, IL 60008 |

Sheet __8__ of __8__ continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re   **Nick G Pinto**_____   Case No. _____
                             Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Separated** | RELATIONSHIP(S):<br>**Daughter**<br>**Son** | AGE(S):<br>**11**<br>**13** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Manager** | |
| Name of Employer | **Sam's Triple Crown** | |
| How long employed | **3 months** | |
| Address of Employer | **9191 West 159th Street**<br>**Tinley Park, IL 60487** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 2,166.67 | $ N/A |
| 2. Estimate monthly overtime | $ 0.00 | $ N/A |
| 3. SUBTOTAL | $ 2,166.67 | $ N/A |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 395.42 | $ N/A |
|    b. Insurance | $ 0.00 | $ N/A |
|    c. Union dues | $ 0.00 | $ N/A |
|    d. Other (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 395.42 | $ N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 1,771.25 | $ N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ N/A |
| 8. Income from real property | $ 0.00 | $ N/A |
| 9. Interest and dividends | $ 0.00 | $ N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ N/A |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 12. Pension or retirement income | $ 0.00 | $ N/A |
| 13. Other monthly income (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 1,771.25 | $ N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 1,771.25 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   **Nick G Pinto**                                                   Case No. _____

_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 3,436.00 |
| a. Are real estate taxes included? | Yes ___ | No **X** | |
| b. Is property insurance included? | Yes ___ | No **X** | |
| 2. Utilities:   a. Electricity and heating fuel | | $ | 350.00 |
| b. Water and sewer | | $ | 85.00 |
| c. Telephone | | $ | 140.00 |
| d. Other   **See Detailed Expense Attachment** | | $ | 150.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 100.00 |
| 4. Food | | $ | 600.00 |
| 5. Clothing | | $ | 100.00 |
| 6. Laundry and dry cleaning | | $ | 50.00 |
| 7. Medical and dental expenses | | $ | 65.00 |
| 8. Transportation (not including car payments) | | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 50.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 126.00 |
| b. Life | | $ | 70.00 |
| c. Health | | $ | 786.00 |
| d. Auto | | $ | 72.00 |
| e. Other _____ | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) _____ | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 0.00 |
| b. Other _____ | | $ | 0.00 |
| c. Other _____ | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 498.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other _____ | | $ | 0.00 |
| Other _____ | | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | 6,878.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 1,771.25 |
| b.   Average monthly expenses from Line 18 above | $ | 6,878.00 |
| c.   Monthly net income (a. minus b.) | $ | -5,106.75 |

**B6J (Official Form 6J) (12/07)**

In re   **Nick G Pinto**                                                    Case No. _____
                                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **Cable TV** | $ | **60.00** |
| **Cell Phone** | $ | **90.00** |
| **Total Other Utility Expenditures** | $ | **150.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Nick G Pinto**
_____
Debtor(s)

Case No. _____

Chapter  **7**  _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**37**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **October 30, 2012**_____

Signature   **/s/ Nick G Pinto**_____

**Nick G Pinto**

Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Nick G Pinto**

Debtor(s)

Case No.

Chapter **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $48,600.00 | Debtors YTD 2012 Employment Income |
| $72,984.00 | Debtors 2011 Employment Income includes estranged spouse's income |
| $68,953.00 | Debtors 2010 Employment Income includes estranged spouse's income |

---

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $-42,287.00 | 2011 Partnership/S-Corp Loss |

2

| AMOUNT | SOURCE |
|---|---|
| **$-59,832.00** | **2010 Partnership/S-Corp Loss** |

---

### 3. Payments to creditors

None
■

***Complete a. or b., as appropriate, and c.***

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **State Bank of Countryside -v- Nick G. & Rosa A. Pinto Et Al   12 CH 4609** | **Foreclosure** | **Circuit Court of the Twelfth Judicial Circuit, Will County, Joliet, Illinois** | **Pending** |
| **Old Plank Trail Community Bank NA -v- Pinto Glass and Mirror Company, Inc., Rosa A Pinto A/K/A Rosa Anna Pinto and Nick G Pinto   12 L 0624** | **Collection** | **Circuit Court of the Twelfth Judicial Circuit, Will County, Joliet, Illinois** | **Judgment** |

None
■

    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

**5.  Repossessions, foreclosures and returns**

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6.  Assignments and receiverships**

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.  Gifts**

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.  Losses**

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **John A. Reed Ltd.**<br>**63 W. Jefferson Street # 200**<br>**Joliet, IL 60432** | **9/2012** | **$2,159.00 + costs paid** |

4

### 10. Other transfers

None ☐  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **John Paul**<br>**WI** | **07/10/12** | **Kubota tractor - sold for $ 11,500.  Paid balance owed to Kubota in sum of $ 10,000.  Balance of monies used to pay bills.** |

None ■  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None ■  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None ■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None ■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None ■  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

5

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                    NAME USED                                    DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS             NAME AND ADDRESS OF            DATE OF            ENVIRONMENTAL
                                  GOVERNMENTAL UNIT              NOTICE             LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS             NAME AND ADDRESS OF            DATE OF            ENVIRONMENTAL
                                  GOVERNMENTAL UNIT              NOTICE             LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                     DOCKET NUMBER                          STATUS OR DISPOSITION

6

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Pinto Glass & Mirror Company, Inc.** | 36-4376587 | **1005 Industry Road New Lenox, IL 60451** | **Glass & Mirror Company** | 4/6/2000 - 7/2012 |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **October 30, 2012**                        Signature  **/s/ Nick G Pinto**
                                                              **Nick G Pinto**
                                                              Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Nick G Pinto** _____   Case No. _____

Debtor(s)                        Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>**Bank of America Mortgage** | **Describe Property Securing Debt:**<br>**Debtors Residence located at 8543 West Dralle Road, Frankfort, Illinois, held jointly with estranged spouse, Rosa A. Pinto** |
|---|---|

Property will be (check one):

■ Surrendered                        ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                        ■ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>**Chase** | **Describe Property Securing Debt:**<br>**Debtors Residence located at 8543 West Dralle Road, Frankfort, Illinois, held jointly with estranged spouse, Rosa A. Pinto** |
|---|---|

Property will be (check one):

■ Surrendered                        ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                        ■ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                  Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**State Bank of Countryside** | **Describe Property Securing Debt:**<br>**Business Property located at 1005 Industry Road, New Lenox, Illinois, held jointly with estranged spouse, Rosa A. Pinto -- Lawsuit 12 CH 4609** |

Property will be (check one):
■ Surrendered                         ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Frontier Construction** | **Describe Leased Property:**<br>**Debtor was a Sub-Contractor**<br>**Debtor rejects executory contract in its entirety** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ■ NO |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:**<br>**RWS Inc.** | **Describe Leased Property:**<br>**Debtor was a Sub-Contractor**<br>**Debtor rejects executory contract in its entirety** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ■ NO |

| Property No. 3 | | |
|---|---|---|
| **Lessor's Name:**<br>**Turner Construction Company** | **Describe Leased Property:**<br>**Debtor was a Sub-Contractor**<br>**Debtor rejects executory contract in its entirety** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ■ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date __**October 30, 2012**__                    Signature    __**/s/ Nick G Pinto**__
                                                              **Nick G Pinto**
                                                              Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Nick G Pinto**                                                                            Case No.

_____
Debtor(s)                                    Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,500.00 |
| Prior to the filing of this statement I have received | $ | 2,159.00 |
| Balance Due | $ | 341.00 |

2.   $  **306.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

4.   The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

5.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions,or any other type of adversary proceedings.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **October 30, 2012**                               **/s/ John A. Reed**
_____            _____
                                           **John A. Reed**
                                           **John A. Reed Ltd.**
                                           **63 W. Jefferson Street # 200**
                                           **Joliet, IL 60432**

---

# CLIENT AUTHORIZATION AND BIFURCATED RETAINER AGREEMENT

I/We <u>Nick G Pinto</u> do hereby retain the firm of JOHN A. REED LTD, Attorney At Law, to perform the following bifurcated legal service(s):

1. **Pre-filing Bankruptcy 7 preparation – flat fee:** $ <u>2500.00</u>
2. **OPTIONAL: POST BANKRUPTCY FILING REPRESENTATION.**
**If election made, payment to be made for services rendered at hourly rate.**

I/We understand and acknowledge that the legal advice provided and fee quoted below are based upon the facts and information I/we provided and that I/we have not knowingly misrepresented any facts or failed to provide any significant information.  The summary of the significant factors upon which the retention is based is as follows:  <u>initial consultation with client; review monthly budget with client; discuss credit & budget counseling required prior to filing petition; determine value of vehicle and fair market value of property - preparation & filing of bankruptcy documents; attendance at originally scheduled 341 meeting of creditors</u>

If options 1 & 2 selected:  Total fees & costs are selected.

TOTAL EST FEES & COSTS $ <u>2841.00</u>

The **Preparation Fee** is $ <u>2500.00</u>.  The **optional post-filing fees** are estimated to be $ <u>341.00</u>.  **Costs** are $ 306.00 and are to be paid in remaining balance.  This fee reflects the projected costs of the legal services to be performed per above.  Upon completion of Bankruptcy Petition and Schedules, contract can terminate without any further liability from client.  Should client elect to proceed, a Reaffirmation and Waiver shall be signed confirming the subsequent representation of counsel.  A Non-Refundable Retainer of $ <u>2500.00</u> ~~will be~~ / has been   paid prior to any representation being undertaken.  Absent such payment, NO REPRESENTATION IS AFFECTED and no pleadings will be prepared.  The remaining preparation fees of $ <u>n/a</u> shall be paid upon completion of the schedules.  Any additional fees and/or costs shall be paid as follows:  <u>$100⁰⁰ per Month starting Nov 15, 2012 And Ending January 15, 2013</u>

**PLEASE NOTE:** If pleadings are to be filed at time of signing, all trust monies must be paid with cash or money orders.  Payment in a different manner will delay filings approximately seven days.  **PLUS: Any returned checks will be charged a $ 25.00 fee and must be redeemed.**

I/we understand that at my sole option, this agreement can be terminated at my/our sole discretion upon the completion of the pleadings.  I/we can assume responsibility for the filing of the pleadings or pay the above-cited costs and have JOHN A. REED LTD. file the pleadings.  Such action would be in the limited capacity as preparer and not require any further legal representation.

I/we have been advised that should I/we elect the exercise the option to have representation post-filing, attorneys fees will be incurred for those services.  Those services will be in addition to the flat fee preparation fee previously paid.  I/we agree to pay such funds as may be reasonably incurred at a **rate of $ 225.00 per hour.**  Should JOHN A. REED determine,

1

in his professional opinion and judgment, that additional fees or costs are to be incurred, I/we shall be provided with an explanation as to why such costs are required and outside the scope of the original hourly fee projection.

The office of the United States Trustee is currently conducting random audits in a small percentage of cases. This office has no control over which cases receive said audits. Additional fees and costs will be charged if your case is chosen for such audit.

I/we acknowledge that, unless I/we specifically instruct JOHN A. REED not to undertake such actions, I/we shall be liable for these fees and costs reasonably incurred. Should JOHN A. REED be so instructed not to take the contemplated action, JOHN A. REED and JOHN A. REED LTD. reserve the right to cease representation immediately without waiving their entitlement to costs and fees outstanding as of that date.

I also agree to cooperate with JOHN A. REED LTD so as to assist in his representation of me. Such actions would include, both pre-filing and, if applicable, post-filing. The required actions include but are not limited to attending meetings, conferences, executing documents, appearing in Court, providing information and documents requested by Counsel, and making a full disclosure of any relevant facts or changes in circumstances in a timely fashion. I/we acknowledge that any non-compliance may irreparably damage my legal position and impair the ability of Counsel to represent my interests. As a result, JOHN A. REED LTD. reserves the right to cease acting as my attorney in such a situation and I/we hereby consent to his ability to withdraw as counsel.

Should JOHN A. REED LTD. withdraw or otherwise cease acting as my attorney for any reason, I/we agree to pay any and all fees and costs that are due and owing at said time. In the event any collection action, including but not limited to filing suit, is instituted to compel payment, I agree to pay all such collection costs, including interest and attorney's fees. This agreement is being entered into in Will County, Illinois.

Agreed to and approved this date:

DATE: _October 29, 2012_

X _____
CLIENT

_____
CLIENT
Address: ___8543 W Dralle Road___
___Frankfort  IL  60423___
Home Phone # _____
Work Phone # _____

PREPARED BY:
John A. Reed
JOHN A. REED LTD.
63 W. Jefferson Street # 200
Joliet IL 60432
Ph 815/726-9100

_____
JOHN A. REED

2

**Note:** Regardless of which option you elect, you will be provided with copies of all substantive pleadings and correspondence concerning this matter during the course of our representation of you. To insure the safe keeping of these documents, we suggest you store all such materials in a safe place. After the matter is closed, should you so require them, additional copies may be obtained from our office by paying the standard retrieval and copying costs. At present, those fees are **$ 25.00.** Please note that, due to storage constraints, your file will be destroyed after **seven (7) years.**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Nick G Pinto** _____    Case No. _____

                              Debtor(s)           Chapter    **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **Nick G Pinto** | X **/s/ Nick G Pinto** | **October 30, 2012** |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                         Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Nick G Pinto**                                            Case No.
                                    Debtor(s)          Chapter     **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                 **63**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **October 30, 2012**                    **/s/ Nick G Pinto**
                                              **Nick G Pinto**
                                              Signature of Debtor

.

ABF
1900 East Lincoln Highway
Chicago Heights, IL 60411


ADT Security
PO Box 371956
Pittsburgh, PA 15250


Altrans
13957 West Illinois Highway #2
New Lenox, IL 60451


Arnold & Kadjan
203 N LaSalle Street # 1650
Chicago, IL 60601


AT&T
PO Box 5080
Carol Stream, IL 60197


AT&T
PO Box 8100
Aurora, IL 60507-8100


Bank of America Mortgage
450 American Street
Simi Valley, CA 93065


Bid Tool
PO Box 981097
Boston, MA 02298


BMO Harris N.A.
3800 W Golf Road # 300
Attn: Bankruptcy Dept
Rolling Meadows, IL 60008


C&C Communications
9910 West 190th Street
Mokena, IL 60448


Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Chase
Po Box 901039
Fort Worth, TX 76101


Chase
P.O. Box 15298
Wilmington, DE 19850-5298


Chase Mastercard
P. O. Box 15298
Wilmington, DE 19850-5298


Christina Brotto/Michael Korst
32 S Adams Street
Hinsdale, IL 60521


Com Ed CCC
c/o Revenue Mgmt - Bankruptcy Grp
P.O. Box 87522
Chicago, IL 60680


CR Laurence
PO Box 58923
Los Angeles, CA 90058


Custom Glass Products
7515 Venture Circle
Schofield, WI 54476


Dex One
Attn: Client Care
1615 Bluff City Highway
Bristol, TN 37620


Dish Network
PO Box 79
Elgin, IL 60121


Dorma
PO Box 347404
Pittsburgh, PA 15251


Dryco
540 Janes Avenue
Downers Grove, IL 60515

Elfco
9860 Clearvue Court
Mokena, IL 60448


Fred R. Harbecke
29 S LaSalle Street # 945
Chicago, IL 60603


Frontier Construction
7615 Plaza Court
Willowbrook, IL 60527


Gardner Glass
PO Box 60356
Charlotte, NC 28260


Glasssource
1845 Industrial Park Drive
Grand Haven, MI 49417


Glazier's Union #27 Welfare & Pens.
2111 West Lincoln Highway
Merrillville, IN 46410


Glaziers Union Local #27
Health and Welfare Fund
2111 West Lincoln Highway
Merrillville, IN 46410


Home Depot Credit Services
P.O. Box 790328
Saint Louis, MO 63179


ICS
PO Box 646
Oak Lawn, IL 60454


Ill Dept of Employment Security
33 S State Street
Chicago, IL 60603


Illini Hireach
15 N 320 Route 25
Dundee, IL 60118

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Kenneth J Donkel
7220 West 194th Street
Suite # 105
Tinley Park, IL 60487


Knight Security Alarms Inc
113 Ford Drive
PO Box 333
New Lenox, IL 60451


Lowes
PO Box 530970
Atlanta, GA 30353-0970


Midwest Automatic
9114 Virginia Road
Suite #107
Lake in the Hills, IL 60156


Nicor Gas
P.O. Box 549
Aurora, IL 60507


Old Castle Building Envelope
4635 West 84th Street
Indianapolis, IN 46268


Old Plank Trail Community Bank
280 Veterans Parkway
New Lenox, IL 60451


Oldcastle BE Bensenville
1001 Foster Avenue
Bensenville, IL 60106

Oldcastle BE Chicago
4161 South Michigan Avenue
Chicago, IL 60609


Oldcastle BE Indy
4635 West 84th Street
Indianapolis, IN 46268


Onglass
PO Box 602656
Charlotte, NC 28260


Pinto Glass and Mirror Company, Inc
1005 Industry Road
New Lenox, IL 60451


Rosa A. Pinto
8543 West Dralle Road
Frankfort, IL 60423


Roseann Pinto
7775 Bristol Park Drive
Tinley Park, IL 60477


RWS Inc.
3900 West 159th Place
Markham, IL 60428


S&S Panel
647 Thomas Drive
Bensenville, IL 60106


Sam & Joan Romano
9230 Earls Court
Tinley Park, IL 60477


Sealant Engineering
239 James Street
Bensenville, IL 60106


Serf & Associates
9425 Gulfstream Road
Frankfort, IL 60423

Southwest Rapid Rewards
PO Box 15153
Wilmington, DE 19886


Speedway LLC
PO Box 15890
Springfield, OH 45501


State Bank of Countryside
6734 Joliet Rd
Countryside, IL 60525


Teejay Services
PO Box 369
Batavia, IL 60510


Turner Construction Company
55 East Monroe Street
Suite #3100
Chicago, IL 60603


United Mileage Plus
PO Box 15153
Wilmington, DE 19886


UPS
PO Box 7247
Philadelphia, PA 19170


Vetrotech
2108 B Street NW
Auburn, WA 98001


YKK AP America Inc.
270 Riverside Parkway
Suite A
Austell, GA 30168